IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CORBETT,

        Plaintiff,                  No.  2:11-cv-1197 JFM (PC)

    vs.

R. MICHAEL HAWKINS, et al.,

        Defendants.          ORDER

_____/

        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of counsel will therefore be denied.

        Plaintiff has also requested an extension of time to file and serve an opposition to defendants' April 9, 2012 motion to dismiss.  Good cause appearing, the motion will be granted.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 22, 2012 motion for the appointment of counsel is denied;

2. Plaintiff's June 22, 2012 motion for an extension of time is granted; and

3. Plaintiff is granted sixty days from the date of this order in which to file and serve his opposition to defendants' motion to dismiss.

DATED: July 8, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/mp014;corb1197.31+36(2)

2