1  LONGYEAR, O'DEA & LAVRA, LLP
   VAN LONGYEAR, CSB NO. 84189
2  3620 American River Drive, Suite 230
   Sacramento, California 95864-5923
3  Tel: 916-974-8500 Fax: 916 974-8510

4

5  Attorneys for Defendant Dr. Sahir Naseer, MD

6

7

8  **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF**

9  **CALIFORNIA SACRAMENTO DIVISION**

10

| | |
|---|---|
| **MICHAEL CORBETT,** | Case No.   2:11-CV-1197 JFM (PC) |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY AND ORDER** |
| v. | |
| **R. MICHAEL HAWKINS, et al.,** | |
| **Defendants.** | |

DEFENDANT, SAHIR NASEER, MD, hereby substitutes Van Longyear of the Law Firm of Longyear, O'Dea & Lavra, LLP, 3620 American River Drive, Suite 230, Sacramento, California 95864, (916) 974-8500, in the place and stead of Benjamin Dore, Deputy Attorney General and Attorney General's Office.

I agree to the above substitution

Dated: June 18, 2012                    By:  /s/ Sahir Naseer, MD            .
                                              SAHIR NASEER, MD

1     I agree to the above substitution.

2   Dated: June 18, 2012                        DEPUTY ATTORNEY GENERAL
                                                   OFFICE OF THE ATTORNEY GENERAL

3

4

                                       By: /s/ Benjamin Dore

5                                           BENJAMIN DORE
                                          Deputy Attorney General

6

7

8     I accept the above substitution.

9

10  Dated: June 18, 2012                       LONGYEAR, O'DEA & LAVRA, LLP

11

                                    By: s/ Van Longyear                     .

12                                          VAN LONGYEAR
                                         Attorney for Defendant

13                                          Sahir Naseer, MD

14

15

16 **IT IS SO ORDERED.**

17 Date:  7/9/2012

18

19

20                              UNITED STATES MAGISTRATE JUDGE

21 /014;corb1197.subst

22

23

24

25

26

27

28